AO 241
(Rev. 01/15)

RECEIVED
FEB 11 2022
Page 2
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

# PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Sixth |
|---|---|

| Name (under which you were convicted): D'Anthony Curd | Docket or Case No.: FECR 104984 |
|---|---|

| Place of Confinement: Iowa State Penitentiary P.O. Box 316 Ft. Madison, IA 52627 | Prisoner No.: 6478608 |
|---|---|

| Petitioner (include the name under which you were convicted) D'Anthony Curd | v. | Respondent (authorized person having custody of petitioner) Gov. Kim Reynolds State of Iowa |
|---|---|---|

The Attorney General of the State of: Iowa: Thomas J. Miller

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   Linn County CourtHouse
   51 third Ave. Bridge
   P.O. Box 1468   Cedar Rapids, IA 52401-1468

   (b) Criminal docket or case number (if you know): FECR 104984

2. (a) Date of the judgment of conviction (if you know): Dec. 5th, 2014

   (b) Date of sentencing: Dec. 12th, 2014

3. Length of sentence: Count 1; 50yrs  Count 2; 10yrs to be served Consecutively

4. In this case, were you convicted on more than one count or of more than one crime? ☑ Yes ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case:

   (Count 1) Murder in the second degree; 70% to be served
   (Count 2) Robbery in the second degree; 70% to be served

6. (a) What was your plea? (Check one)

   ☐ (1) Not guilty    ☐ (3) Nolo contendere (no contest)
   ☑ (2) Guilty        ☐ (4) Insanity plea

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

_____
_____
_____
_____

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury  ☑ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☑ Yes  ☐ No

8. Did you appeal from the judgment of conviction?

☑ ~~Yes~~  ☑ No

9. If you did appeal, answer the following:

(a) Name of court: _____

(b) Docket or case number (if you know): _____

(c) Result: _____

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised: _____

_____
_____
_____
_____

(g) Did you seek further review by a higher state court?  ☑ Yes  ☐ No

If yes, answer the following:

(1) Name of court: *Supreme Court of Iowa*

(2) Docket or case number (if you know): *20-0094*

(3) Result: *Denied*

(4) Date of result (if you know): *March 16th, 2021*

(5) Citation to the case (if you know): 

(6) Grounds raised: Ineffective assistance of counsel, Illegal Sentence

(h) Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes ☑ No

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ☑ Yes ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: Iowa District Court in and For Linn County

(2) Docket or case number (if you know): PCCV090126

(3) Date of filing (if you know): April 23rd, 2018

(4) Nature of the proceeding: Hearing via telephone

(5) Grounds raised: 1) The Conviction or sentence was in violation of the Constitution of the United States, The Constitution of the State of Iowa, or the laws of this state. 2) The Sentence exceeds the maximum authorized by statute. 3) There exists evidence of material facts, not previously presented and heard, That require vacation of the conviction or sentence in the interests of justice; and 4) the Conviction or sentence is otherwise subject to collateral attack upon ground(s) of alleged error formerly available under any common law, statutory, other writ, motion proceedings or remedy.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☑ Yes ☐ No

(7) Result: Denied

(8) Date of result (if you know): Jan, 14th, 2020

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____
_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____
_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☑ Yes   ☐ No

(7) Result: _Denied_

(8) Date of result (if you know): _September 4th, 2019_

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:   ☑ Yes   ☐ No
(2) Second petition:  ☑ Yes   ☐ No
(3) Third petition:   ☑ Yes   ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** _The conviction or sentence was in violation of the Constitution of the United States, the Constitution of the State of Iowa, or the laws of this state_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_Curd's Sixth Amendment right to the effective assistance of counsel was violated where trail counsel failed to investigate Applicants mental health history and present that history as evidence in mitigation at sentencing_

(b) If you did not exhaust your state remedies on Ground One, explain why:

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☒ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: ☒ Mentally Impaired

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Post-Conviction Relief

Name and location of the court where the motion or petition was filed: Iowa District Court in and for Linn County, 51 third Ave Bridge PO Box 1468 Cedar Rapids, IA

Docket or case number (if you know): PCCV-090126

Date of the court's decision: Jan 14th 2020

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☒ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☒ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☒ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Supreme ~~Iowa District~~ Court of Iowa Hoover State office Building Des Moines, IA

Docket or case number (if you know): 20-0094

Date of the court's decision: March 16th 2021

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

**GROUND TWO:** The Sentence exceeds the maximum authorized by Statute

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Sentences are ran consecutively not concurrently, & Mental Health Needs to be heard in new sentenceing

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☑ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: Mentally Impaired

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Post-Conviction Relief

Name and location of the court where the motion or petition was filed: Linn County Court House 51 third Ave Bridge P.O. Box 1468 Cedar Rapids, IA 52401-1468

Docket or case number (if you know): PCCV-090126

Date of the court's decision: Jan, 14th 2020

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☑ Yes ☐ No
(4) Did you appeal from the denial of your motion or petition? ☑ Yes ☐ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☑ Yes ☐ No
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Supreme Court of Iowa Hoover State office building Des Moines, IA

Docket or case number (if you know): 20-0094

Date of the court's decision: March 16th 2021

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two :

**GROUND THREE:** There exists evidence of material facts, Not previously presented and heard, That require vacation of the conviction or sentence in the interests of justice.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Mental Health history from psych hospital's was not or heard during trail.

(b) If you did not exhaust your state remedies on Ground Three, explain why:

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☑ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _Mentally Impaired_

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? ☑ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _Post Conviction Relief_

Name and location of the court where the motion or petition was filed: _Iowa District Court for Linn County 51 third Ave. Bridge P.O. Box 1468 Cedar Rapids, IA_

Docket or case number (if you know): _PCCV-090126_

Date of the court's decision: _Jan. 14th, 2020_

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☑ Yes ☐ No
(4) Did you appeal from the denial of your motion or petition? ☑ Yes ☐ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☑ Yes ☐ No
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _Supreme Court of Iowa Hoover State Office Building Des Moines, IA_

Docket or case number (if you know): _20-0094_

Date of the court's decision: _March 16th, 2021_

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

**GROUND FOUR:** The conviction or sentence is otherwise subject to collateral attack upon ground(s) of alleged effort formerly available under any common law, statutory, other writ motion proceedings or remedy

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

My extensive mental health history needs to be heard in a new trail. Public defenders did not use ony mental health in trail

(b) If you did not exhaust your state remedies on Ground Four, explain why:

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☑ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: Mentally Impaired

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☑ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Post-Conviction Relief

Name and location of the court where the motion or petition was filed: Linn County Court House 51 third Ave Bridge PO Box 1468 Cedar Rapids, IA 52401

Docket or case number (if you know): PCCV - Conviction Relief

Date of the court's decision: Jan, 14th, 2020

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition? ☑ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☑ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☑ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Supreme Court of Iowa Hoover State Office Building  Des Moines, IA

Docket or case number (if you know): 20-0094

Date of the court's decision: March 16th, 2021

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☑ Yes ☐ No

    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Doug Davis (Public Defender) 215 4th Ave S.E. 300 Lattner Building Cedar Rapids, IA 52401

(b) At arraignment and plea: ✓

(c) At trial: ✓

(d) At sentencing: ✓

(e) On appeal: N/A

(f) In any post-conviction proceeding: Nathaniel Niemam Attorney at law 329 18th St. Rock Island, IL 61201

(g) On appeal from any ruling against you in a post-conviction proceeding: Lanny Van Daele Van Daele Law, LLC  P.O. Box 635  215 Hwy 965 Suite 1 North Liberty, IA 52317

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?　☐ Yes　☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?　☐ Yes　☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

_(blank lined page)_

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

    (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

    (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

    (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2)  The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: _Vacation of Sentence in it's entirety or vacation of sentence and granted a new trail_

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _Feb. 8th, 2022_ (month, date, year).

Executed (signed) on _____ (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

DAnthony Card #6478608
Iowa State Pen.
P.O. Box 316
Ft. Madison, IA
52627

NOTICE: This correspondence was sent from an institution of the Iowa Department of Corrections

U.S. District Court
131 East 4th Street
Suite 150
Davenport, IA
52801

